HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWIN HARBORS WATERKEEPER, ) <br> ) <br>           Plaintiff, ) <br>   v. ) <br> ) <br> LOCAL MANUFACTURING, INC., ) <br> ) <br>           Defendant. ) <br> ) | CASE NO. 3:21-cv-05654-RSM <br><br> STIPULATED MOTION TO CONTINUE DEADLINES BY THIRTY DAYS AND ORDER <br><br> NOTE ON MOTION CALENDAR: DECEMBER 30, 2021 |

## STIPULATION

This matter is a Clean Water Act citizen suit brought under 33 U.S.C. § 1365 by Plaintiff Twin Harbors Waterkeeper ("Twin Harbors") against Local Manufacturing, Inc. ("Local Manufacturing"). Twin Harbors alleges Local Manufacturing committed numerous violations of its National Pollutant Discharge Elimination System (NPDES) Industrial Stormwater General Permit. Local Manufacturing denies these allegations.

The parties have been assiduously working towards settlement, including involvement by experts to evaluate options for pollution controls, and have reached a settlement in principle. The parties are optimistic that they will reach a compromise resolution and present a proposed consent decree to the Court soon. At this time, the parties believe that it will be more efficient to direct their resources towards continued settlement discussions rather than trial preparation

STIPULATED MOTION TO CONTINUE
DEADLINES BY THIRTY DAYS AND ORDER - 1
Case No. 3:21-cv-05654-RSM

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1  activities and associated Court involvement.  For that reason, the parties request that all deadlines

2  be extended by thirty days.

3      The Court's November 17, 2021 Minute Order set the deadlines for the FRCP 26(f)

4  Conference for December 22, 2021; Initial Disclosure for December 29, 2021; and Joint Status

5  Report for January 5, 2022. The parties propose to continue the deadlines for the FRCP 26(f)

6  Conference to January 21, 2022; Initial Disclosure to January 28, 2022; and Joint Status Report

7  to February 4, 2022.

8      RESPECTFULLY SUBMITTED this 30th day of December, 2021.

9

10  **Smith & Lowney, PLLC**
    By:    <u>s/Savannah Rose</u>

11          Savannah Rose, WSBA No. 57062
        Meredith A. Crafton, WSBA No. 46558

12          Richard A. Smith, WSBA No. 21788
        2317 E. John St.

13          Seattle, WA 98112
        Tel: (206) 860-2883

14          Fax: (206) 860-4187
        Email: savannah@smithandlowney.com

15              meredith@smithandlowney.com
            richard@smithandlowney.com

16          *Attorneys for Plaintiff Twin Harbors Waterkeeper*

17  STOEL RIVES LLP

18      By:    <u>s/Beth S. Ginsberg</u>
        Beth S. Ginsberg, WSBA No. 18523

19          Veronica M. Keithley, WSBA No. 52784
        Attorneys for Defendants

20          600 University Street, Suite 3600
        Seattle, WA 98101

21          Tel: (206) 624-0900
        Fax: (206) 386-7500

22          Email: beth.ginsberg@stoel.com
            veronica.keithley@stoel.com

23          *Attorneys for Defendant Local Manufacturing, Inc.*

24

STIPULATED MOTION TO CONTINUE
DEADLINES BY THIRTY DAYS AND ORDER - 2
Case No. 3:21-cv-05654-RSM

**Smith & Lowney, pllc**
**2317 East John Street**
**Seattle, Washington 98112**
**(206) 860-2883**

ORDER

This matter having come before the Court on the parties' stipulated motion for continuance of the deadlines for the FRCP 26(f) Conference, Initial Disclosure, and Joint Status Report, and the Court having reviewed the file and pleadings herein, and being otherwise fully advised on the matter, hereby finds and concludes that good cause exists to continue the deadlines for the FRCP 26(f) Conference, Initial Disclosure, and Joint Status Report by thirty days. The schedule set forth in The Court's November 17, 2021 Minute Order is amended; the deadlines for the FRCP 26(f) Conference is January 21, 2022; Initial Disclosure is January 28, 2022; and Joint Status Report to February 4, 2022.

IT IS SO ORDERED

DATED this 3rd day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

**Smith & Lowney, PLLC**
By: *s/Savannah Rose*
  Savannah Rose, WSBA No. 57062
  Meredith A. Crafton, WSBA No. 46558
  Richard A. Smith, WSBA No. 21788
  Attorneys for Plaintiff

STIPULATED MOTION TO CONTINUE
DEADLINES BY THIRTY DAYS AND ORDER - 3
Case No. 3:21-cv-05654-RSM

**Smith & Lowney, pllc**
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

By: *s/Savannah Rose*
    Savannah Rose, WSBA No. 57062
    SMITH & LOWNEY, PLLC

STIPULATED MOTION TO CONTINUE
DEADLINES BY THIRTY DAYS AND ORDER - 4
Case No. 3:21-cv-05654-RSM

Smith & Lowney, pllc
2317 East John Street
Seattle, Washington 98112
(206) 860-2883