HON. JUDGE J RICHARD CREATURA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TWIN HARBORS WATERKEEPER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LOCAL MANUFACTURING, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CASE No. 3:21-cv-05654 <br><br> JOINT MOTION FOR ENTRY OF CONSENT DECREE <br><br> NOTE ON MOTION CALENDAR: <br> March 18, 2022 |

## MOTION

Plaintiffs Twin Harbors Waterkeeper ("Twin Harbors") and Defendant Local Manufacturing, Inc. ("Local Manufacturing") hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

## STATEMENT IN SUPPORT

Twin Harbors and Local Manufacturing (collectively, "the parties") have agreed that settlement of this matter as between these parties is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter.

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA and the Regional Administrator of Region 10 of the U.S. EPA.

JOINT MOTION FOR ENTRY - 1
Case No. 3:21-cv-05654

Smith & Lowney, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1  The Consent Decree may not be entered prior to 45 days following receipt by both the

2  Administrator and the Attorney General.  The noting date for the Court's consideration of this

3  matter has been scheduled accordingly.

4      The parties respectfully request this Court enter the Consent Decree.

5      RESPECTFULLY SUBMITTED, this 27th day of January, 2022.

6  STOEL RIVES LLP      SMITH & LOWNEY, PLLC

7  By: *s/Beth Ginsberg*      By: *s/Meredith A. Crafton*
   Beth S. Ginsberg, WSBA #18523      Meredith A. Crafton, WSBA #46558
8  Veronica M. Keithley, WSBA #52784      Richard A. Smith, WSBA #21788
   *Attorneys for Defendant*      Savannah Rose, WSBA #57062
9  *Local Manufacturing, Inc.*      *Attorneys for Plaintiff*
        *Twin Harbors Waterkeeper*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

JOINT MOTION FOR ENTRY - 2
Case No. 3:21-cv-05654

Smith & Lowney, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

**CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2022 I caused the foregoing document to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of the filing to all counsel of record.

By: *s/Savannah Rose*
Savannah Rose, WSBA #57062
SMITH & LOWNEY, PLLC

JOINT MOTION FOR ENTRY - 3
Case No. 3:21-cv-05654

Smith & Lowney, PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883